Priscilla A. BANKS, formerly known as Priscilla A. Green, Plaintiff–Appellant,

v.

FOOD LION, LLC, Defendant–Appellee.

No. 02–1508.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 5, 2002.

Decided Nov. 22, 2002.

Simon H. Scott, III, Sams & Scott, P.C., Norfolk, Virginia, for Appellant. Robert W. McFarland, Bryan K. Meals, McGuire Woods, L.L.P., Norfolk, Virginia; William H. Baxter II, McGuire Woods, L.L.P., Richmond, Virginia, for Appellee.

Before WILLIAM D. WILKINS, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Priscilla A. Banks appeals from the magistrate judge's order * granting summary judgment for Food Lion in Banks' personal injury action. We have reviewed the briefs, the joint appendix, and the magistrate judge's order and find that the magistrate judge properly granted sum-

---

* Pursuant to 28 U.S.C. § 636 (2000), the parties consented to the jurisdiction of the magistrate judge.

mary judgment in favor of Food Lion. *See Grim v. Rahe,* 246 Va. 239, 434 S.E.2d 888 (Va.1993); *Colonial Stores, Inc. v. Pulley,* 203 Va. 535, 125 S.E.2d 188 (Va.1962). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*